**O**
**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>ENS, INC. et al,<br><br>                    Defendants. | Case No. 2:22-cv-00577-ODW (GJSx)<br><br>**FINAL JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///
///

1

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (ECF No. 25), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendants, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2. The Court **AWARDS** Plaintiffs damages in the amount of $55,555.87; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 16, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**